UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAWN DANIEL HABENER,<br><br>            Plaintiff,<br><br>    v.<br><br>FBI,<br><br>            Defendant. | CASE NO. C13-5705 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING COMPLAINT |

      This matter comes before the Court on Plaintiff Shawn Daniel Habener's ("Habener") motion to proceed *in forma pauperis* (Dkt. 1) and proposed complaint (Dkt. 1-1).

      On August 19, 2013, Habener filed the instant motion and proposed complaint, which are almost identical to Habener's previous case. *Compare* Dkts. 1 & 1-1 *with* C13-5561BHS, Dkts. 1 & 1–1. In the previous case, the Court dismissed the proposed complaint because it was frivolous and had no arguable basis in law or fact. *Id.*, Dkt. 3. The instant complaint is even more frivolous. For example, Habener alleges that the FBI is stealing his thoughts and selling them to the DEA for substantial profit. Therefore, the

ORDER - 1

1 | Court **DENIES** Habener's motion to proceed *in forma pauperis* and **DISMISSES** his
2 | complaint.
3 |     **IT IS SO ORDERED.**
4 |     Dated this 20th day of August, 2013.

                          */s/ Benjamin H. Settle*
                          BENJAMIN H. SETTLE
                          United States District Judge